In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Appellant, against HOLLAND LAUNDRY, INC., et al., Respondents.

Submitted October 15, 1945; decided October 25, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 480.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF BUFFALO, Respondent, against ISIDORE J. MAZUROWSKI et al., as Assessors of the Town of Cheektowaga, Erie County, Appellants.

Submitted October 9, 1945; decided October 25, 1945.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 370.]

JAMES H. JOHNSON, Appellant, *v.* STATE OF NEW YORK, Respondent.

Submitted October 8, 1945; decided October 25, 1945.

*James H. Johnson,* in person, for motion.
No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine an action or a special proceeding within the meaning of the Constitution. [See 295 N. Y. 636.]